IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASMIN GALINDO, <br><br> Plaintiff, <br><br> v. <br><br> SPARK ENERGY, INC., <br><br> Defendant. | Case No. 1:18-cv-02241 <br><br> Honorable Andrea R. Wood <br><br> Honorable M. David Weisman <br> Magistrate Judge |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41.

Dated: August 13, 2018                                   Respectively submitted,

*/s/ Joseph Scott Davidson*                              */s/ William James Kraus*

Joseph Scott Davidson                                    William James Kraus
**SULAIMAN LAW GROUP, LTD.**                             **MORGAN, LEWIS & BOCKIUS LLP**
2500 South Highland Avenue                               77 West Wacker Drive
Suite 200                                                Suite 500
Lombard, Illinois 60148                                  Chicago, Illinois 60601
+1 630-575-8181                                          +1 312-324-1456
jdavidson@sulaimanlaw.com                                william.kraus@morganlewis.com

*Counsel for Jasmin Galindo*                             *Counsel for Spark Energy, Inc.*